THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v.
JAMES LARAMORE, Defendant-Appellant.

First District (3rd Division) No. 84—2731

Opinion filed June 30, 1987.

*This opinion was withdrawn and refiled
by order of the Appellate Court, First Dis-
trict, on October 14, 1987. It is republished at*
**163 Ill. App. 3d 783.**